UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| CHARLES E. PHILLIPS, JR., <br><br> Plaintiff, <br> v. <br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | No. 2:13-cv-304-JTR <br><br> JUDGMENT |

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED.**  Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED:   June 10, 2014

SEAN McAVOY
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk